IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-HC-2083-BO

FILED
MAR 3 1 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA, )
)
    Petitioner, )
) ORDER
v. )
)
CLYDE HALL )
)
    Respondent. )

On March 31, 2011, the United States of America filed a motion to shorten time for Respondent to respond to the Government's emergency motion for an order to compel Respondent to submit to a psychological interview. Respondent's counsel has no objection to this motion. The motion is hereby GRANTED. The court ORDERS Respondent to respond to the Government's emergency motion to compel no later than the close of business on April 4, 2011.

SO ORDERED. This 31 day of March, 2011.

Terrence W. Boyle
United States District Judge