# JOHN F. WARREN & ASSOCIATES, PA
## MPLEX EVALUATIONS, CONSULTATION, SUPERVISION, TRAINING

JOHN F. WARREN, III, PH.D., ABPP, PA-C                    DRWARREN@JOHNWARRENPHD.COM

March 6, 2011

Graham Hollett
Office of the Federal Public Defender
150 Fayetteville Street, #450
Raleigh, NC 27601

(919) 856-4236
(919) 856-4477 (fax)

Graham_Hollett@fd.org

**RE:** Richard John Griffis (Date of Birth: ███)
US v. Richard Griffis, 5:07-HC-2131-H

## Statement of Professional Fees
### Federal Tax ID Number: ███

| Date | Description | Hours /$ | Amount |
|---|---|---|---|
| | Telephone consultation; Agreement letter; Set up chart | N/C | 0.00 |
| 1/24/11 | Receipt of Discovery, reports, and ancillary documents | N/C | 0.00 |
| 1/26/11 | Review of legal, medical and/or mental health records; Literature research | 2 | 600.00 |
| 2/3/11 | Comprehensive consultation with Respondent at FCI-Butner (2); Travel time (3.5) | 5.5 | 1,650.00 |
| 2/5/11 | Literature research | 1.25 | 375.00 |
| 2/10/11 | Review of legal, medical and/or mental health records | 3 | 900.00 |
| 2/17/11 | Comprehensive consultation with Respondent at FCI-Butner (2); Travel time (3.5) | 5.5 | 1,650.00 |
| 2/22/11 | Review of legal, medical and/or mental health records | 2 | 600.00 |
| 2/28/11 | Review of legal, medical and/or mental health records | 2 | 600.00 |
| 3/3/11 | Focused review of literature | 1 | 600.00 |
| 3/4/11 | Preparation of report | 3 | 900.00 |
| 3/5/11 | Finalization of report | 4 | 1,200.000 |
| | Total New Hours | 29.25 | |
| 2/3/11 | Travel expenses, Butner (194 miles @ $.50) | 97.00 | |
| 2/17/11 | Travel expenses, Butner (194 miles @ $.50) | 97.00 | |
| | Total New Expenses | | 194.00 |

Initial Funding: Agreement

**Total Fees**                                                      $ 8,969.00

WINSTON-SALEM OFFICE
840 WEST FOURTH STREET, WINSTON-SALEM, NC 27101
336.773.0900, FACSIMILE 336.773.0097, WWW.DRJOHNWARREN.COM



GOVERNMENT EXHIBIT F